UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **GOELZ, JAMES ROBERT** | ) Bankruptcy Case No. 13-80669 TML |
| **GOELZ, LORI LEE** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

GOELZ, JAMES ROBERT
GOELZ, LORI LEE
301 STERLING CIRCLE
CARY, IL 60013

ERICK J BOHLMAN
BOHLMAN LAW OFFICES, PC
780 MCARDLE DR.
UNIT F
CRYSTAL LAKE, IL 60014
*(Via ECF Electronic Transmission)*

U.S. TRUSTE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

FIA CARD SERVICES, N.A.
P O Box 982284
El Paso, TX 79998-2238

FIA CARD SERVICES, N.A.
P O Box 15102
Wilmington, DE 19886-5102

Sallie Mae Inc, On Behalf of The
Department of Education
DOE,P.O. Box 740351
Atlanta, GA 30374-0351

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com