# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GOELZ, JAMES ROBERT § Case No. 13-80669-TML
       GOELZ, LORI LEE       §
                             §
Debtor(s)                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $315,577.00 *(without deducting any secured claims)* | Assets Exempt: $65,242.00 |
| Total Distribution to Claimants: $26,045.46 | Claims Discharged Without Payment: $34,386.31 |
| Total Expenses of Administration: $16,954.54 | |

3) Total gross receipts of $ 43,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $43,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $373,617.00 | $12,229.85 | $12,229.85 | $12,229.85 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,954.54 | 16,954.54 | 16,954.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,097.00 | 95,465.87 | 46,539.92 | 13,815.61 |
| **TOTAL DISBURSEMENTS** | $468,714.00 | $124,650.26 | $75,724.31 | $43,000.00 |

4) This case was originally filed under Chapter 7 on March 01, 2013. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __08/29/2016_____    By: __/s/STEPHEN G. BALSLEY_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4 Pinion Point, Tijeras, NM 87059 | 1110-000 | 43,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$43,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BMP Harris N.a. | 4110-000 | 10,274.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 69,580.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 273,763.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Mortgage | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| | Stewart Title of Albuquerque, LLC | 4110-000 | N/A | 12,229.85 | 12,229.85 | 12,229.85 |
| **TOTAL SECURED CLAIMS** | | | **$373,617.00** | **$12,229.85** | **$12,229.85** | **$12,229.85** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 5,050.00 | 5,050.00 | 5,050.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 24.00 | 24.00 | 24.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 6,318.00 | 6,318.00 | 6,318.00 |
| Stewart Title of Albuquerque, LLC | 2820-000 | N/A | 967.67 | 967.67 | 967.67 |
| Stewart Title of Albuquerque, LLC | 2500-000 | N/A | 4,582.82 | 4,582.82 | 4,582.82 |
| Rabobank, N.A. | 2600-000 | N/A | 12.05 | 12.05 | 12.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,954.54 | $16,954.54 | $16,954.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 19,136.00 | 19,136.76 | 19,136.76 | 5,680.84 |
| 2 | US BANK N.A. | 7100-000 | 8,508.00 | 8,724.89 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 13,378.00 | 13,378.12 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 17,791.00 | 17,791.33 | 17,791.33 | 5,281.45 |
| 5 | Sallie Mae Inc, On Behalf of The | 7100-000 | 2,276.00 | 4,017.76 | 0.00 | 0.00 |
| 6 | Capital Recovery V, LLC | 7100-000 | 559.00 | 559.34 | 559.34 | 166.04 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | 22,770.00 | 22,805.18 | 0.00 | 0.00 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | 9,017.00 | 9,052.49 | 9,052.49 | 2,687.28 |
| NOTFILED | Dept Of Ed/sallie Mae | 7100-000 | 1,662.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$95,097.00** | **$95,465.87** | **$46,539.92** | **$13,815.61** |

Case 13-80669 Doc 45 Filed 09/01/16 Entered 09/01/16 14:07:59 Desc Main
Document Page 5 of 8

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80669-TML  
**Case Name:** GOELZ, JAMES ROBERT  
GOELZ, LORI LEE  
**Period Ending:** 08/29/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/01/13 (f)  
**§341(a) Meeting Date:** 04/11/13  
**Claims Bar Date:** 07/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 301 Sterling Circle, Cary IL | 270,061.00 | 0.00 | | 0.00 | FA |
| 2 | 4 Pinion Point, Tijeras, NM 87059<br>   See Order to Employ Realtor entered 05/29/2013. See Order to Sell Real Estate entered February 9, 2016. | 70,000.00 | 45,000.00 | | 43,000.00 | FA |
| 3 | BMO Harris Bank Checking Acct. BMO Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous books | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 4 rings, 3 necklaces, 2 watches | 3,500.00 | 0.00 | | 0.00 | FA |
| 8 | Citi Retirement Account | 14,930.00 | 0.00 | | 0.00 | FA |
| 9 | Vanguard IRA | 14,126.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Volkswagen Jetta | 10,760.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets  Totals** (Excluding unknown values) | **$385,577.00** | **$45,000.00** | | **$43,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   April 2, 2016  (Actual)

Printed: 08/29/2016 05:43 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80669-TML
**Case Name:** GOELZ, JAMES ROBERT
GOELZ, LORI LEE
**Taxpayer ID #:** **-***5277
**Period Ending:** 08/29/16

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******5266 - Checking Account
**Blanket Bond:** $6,620,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/16 | | Stewart Title of Albuquerque, LLC | Proceeds from sale of real estate | | 25,219.66 | | 25,219.66 |
| | {2} | | Sale Price         43,000.00 | 1110-000 | | | 25,219.66 |
| | | | First Mortgage Loan to      -12,229.85 Sunwest Escrow | 4110-000 | | | 25,219.66 |
| | | | County Taxes           -967.67 | 2820-000 | | | 25,219.66 |
| | | | Settlement Charges        -4,582.82 including commission to broker | 2500-000 | | | 25,219.66 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.05 | 25,207.61 |
| 06/02/16 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $5,050.00, Trustee Compensation; Reference: | 2100-000 | | 5,050.00 | 20,157.61 |
| 06/02/16 | 102 | Capital One Bank (USA), N.A. | Dividend paid 29.68% on $19,136.76; Claim# 1; Filed: $19,136.76; Reference: | 7100-000 | | 5,680.84 | 14,476.77 |
| 06/02/16 | 103 | FIA CARD SERVICES, N.A. | Dividend paid 29.68% on $17,791.33; Claim# 4; Filed: $17,791.33; Reference: | 7100-000 | | 5,281.45 | 9,195.32 |
| 06/02/16 | 104 | Capital Recovery V, LLC | Dividend paid 29.68% on $559.34; Claim# 6; Filed: $559.34; Reference: | 7100-000 | | 166.04 | 9,029.28 |
| 06/02/16 | 105 | eCAST Settlement Corporation, assignee | Dividend paid 29.68% on $9,052.49; Claim# 8; Filed: $9,052.49; Reference: | 7100-000 | | 2,687.28 | 6,342.00 |
| 06/02/16 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 6,342.00 | 0.00 |
| | | | Dividend paid 100.00%      24.00 on $24.00;  Claim# ; Filed: $24.00 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%      6,318.00 on $6,318.00;  Claim# ; Filed: $6,318.00 | 3210-000 | | | 0.00 |

|  |  | ACCOUNT TOTALS | 25,219.66 | 25,219.66 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 25,219.66 | 25,219.66 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$25,219.66** | **$25,219.66** | |

{} Asset reference(s)

Printed: 08/29/2016 05:43 PM   V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-80669-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GOELZ, JAMES ROBERT | | **Bank Name:** | Rabobank, N.A. |
| | GOELZ, LORI LEE | | **Account:** | ******5266 - Checking Account |
| **Taxpayer ID #:** | **-***5277 | | **Blanket Bond:** | $6,620,000.00   (per case limit) |
| **Period Ending:** | 08/29/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
|  | **Checking # ******5266** | 25,219.66 | 25,219.66 | 0.00 |
|  |  | $25,219.66 | $25,219.66 | $0.00 |

{} Asset reference(s)    Printed: 08/29/2016 05:43 PM    V.13.28